**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS F. BALLESTEROS,<br><br>     Petitioner,<br><br>  v.<br><br>J. GASTELO, Warden,<br><br>     Respondent. | Case No. 5:20-cv-00995-JVS (AFM)<br><br>**JUDGMENT** |

   In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

   IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: May 12, 2020

             _____
                JAMES V. SELNA
            UNITED STATES DISTRICT JUDGE